# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1576

_____

United States of America,        *
         *
      Appellee,        *
         *   Appeal from the United States
   v.        *   District Court for the
         *   Eastern District of Arkansas.
James Patterson,        *
         *   [UNPUBLISHED]
      Appellant.        *

_____

Submitted: December 22, 2006
Filed: December 28, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

James Patterson pleaded guilty to possessing a stolen firearm, in violation of 18 U.S.C. § 922(j). The district court[1] calculated an advisory Guidelines imprisonment range of 10-16 months, and sentenced Patterson to 12 months and one day in prison and three years of supervised release. On appeal Patterson argues, citing United States v. Booker, 543 U.S. 220 (2005), that the district court violated his Sixth Amendment right to a jury trial by enhancing the applicable Guidelines range based on his possession of three stolen firearms, see U.S.S.G. § 2K2.1(b)(1)(A).

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

We reject Patterson's argument, see United States v. Salter, 418 F.3d 860, 862 (8th Cir. 2005) (after Booker, district court may enhance sentence based on judge-found facts if court views Guidelines as advisory), cert. denied, 126 S. Ct. 1399 (2006); and further conclude that Patterson's sentence was not unreasonable, see Booker, 543 U.S. at 261-62 (appellate courts must review sentences for unreasonableness); United States v. Lincoln, 413 F.3d 716, 717-18 (8th Cir.) (sentence within Guidelines range is presumptively reasonable; defendant bears burden to rebut that presumption), cert. denied, 126 S. Ct. 840 (2005).

Accordingly, we affirm.

_____